*J. C. Knox,* contra.

---

14084.   MARTIN *v.* GEORGIA CASUALTY COMPANY.

STEPHENS, J.   The judgment of this court reversing the superior court upon the general grounds (30 *Ga. App.* 712, 119 S. E. 337), having been reversed and held erroneous upon certiorari by the Supreme Court (157 *Ga.* 909, 122 S. E. 881), the judgment of reversal originally ren-

dered by this court must necessarily be vacated, and that part of the opinion of this court upon which the reversal is predicated must therefore be withdrawn.   Since the record presents no other assignment of error for this court's consideration, the judgment of the superior court must necessarily be affirmed.

*Judgment affirmed.   Jenkins, P. J., and Bell, J., concur.*

DECIDED JUNE 16, 1924.

Appeal; from Laurens superior court—Judge Kent.   October 7, 1922.

*Roger D. Flynt, Ira N. Eubanks,* for plaintiff.

*Brock, Sparks & Russell, J. E. Burch,* for defendants.